UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Michael P. Deutsch,                         Civil No. 05-1258 JRT/FLN

       Plaintiff,

v.                                             **ORDER**

Jo Anne B. Barnhart,
Commissioner of Social Security,

       Defendant.

_____

     Edward C. Olson, **OLSON LAW OFFICE**, 442 Wells Fargo Midland Building, 401 Second Avenue South, Minneapolis, Minnesota 55401, for plaintiff.

     Lonnie F. Bryan, **OFFICE OF THE UNITED STATES ATTORNEY**, 600 United States Courthouse, 300 South 4th Street, Minneapolis, Minnesota 55415, for defendant.

                    _____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation (Docket No. 20) by United States Magistrate Judge Franklin L. Noel dated June 28, 2006, all the files and records, and no objections having been filed to said Report and Recommendation,

     **IT IS HEREBY ORDERED** that:

     1. Plaintiff's motion for summary judgment [#14] is DENIED; and

     2. Defendant's motion for summary judgment [#17] is GRANTED.

DATED: August 7, 2006.                              s/John R. Tunheim
at Minneapolis, Minnesota                      JOHN R. TUNHEIM
                                                      United States District Judge